```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0099--MJ (JDR)
                                  "USA V BERI MORRIS"
                                DEF 1.1 MORRIS, BERI

              Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Magistrate Judge:
               Filed: 07/28/99
              Closed: NO
No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: Fugitive
         Trial date:
          Terminated: NO
Needs interpreter: NO
Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 MORRIS, BERI

Document            Count     Citation and Description                              Disposition
────────────        ─────     ────────────────────────                              ───────────
OPENING               1       18:1073 FLIGHT TO AVOID PROSECUTION/GIVING            Pending
                              TESTIMONY (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A99-0099--MJ (JDR)
                                   "USA V BERI MORRIS"

                                 For all filing dates
```

```
  Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
  Magistrate Judge:
             Filed: 07/28/99
            Closed: NO
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/28/99 | Complaint filed. |
| NOTE - 1 | 07/29/99 | Issued WOA: |
| 2 - 1 | 10/04/99 | {SEALED} |
| 3 - 1 | 10/05/99 | {SEALED} |
| 4 - 1 | 10/05/99 | {SEALED} |
| 5 - 1 | 10/05/99 | {SEALED} |
| 6 - 1 | 10/05/99 | {SEALED} |
| 7 - 1 | 01/31/02 | [Re: DEF 1] JDR Minute Order re govt to file w/in 30 days a report as to the status of case & advise the crt if case is resolved or if WOA should still stand. cc: USA |
| 8 - 1 | 02/07/02 | [Re: DEF 1] PLF 1 Status Report pursuant to crt's order of 1/31/02. |
| 9 - 1 | 06/09/04 | [Re: DEF 1] JDR Minute Order re govt to file w/in 30 days a report as to the status of case & advise the crt if case is resolved or if WOA should still stand. cc: USA, USM |
| 10 - 1 | 07/20/04 | [Re: DEF 1] PLF 1 Status Report pursuant to court's order. |