NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BERI MORRIS,<br><br>    Defendant. | ) Case No. 3:99-mj-00099-JDR<br>)<br>)<br>)<br>) STATUS REPORT PURSUANT TO<br>) COURT'S ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

  COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order, and hereby reports that this action is not

resolved and the above-named defendant remains a fugitive. Accordingly, the warrant of arrest should remain outstanding.

 RESPECTFULLY SUBMITTED this 23rd day of July, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Karen L. Loeffler
        Assistant United States Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Rm 253
        Anchorage, Alaska  99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: karen.loeffler@usdoj.gov