NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERI MORRIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:99-mj-00099-JDR

**MOTION OF THE UNITED STATES TO DISMISS COMPLAINT AND QUASH ARREST WARRANT**

The United States files with the court a motion to dismiss the charges

pursuant to Fed. R. Crim. P. 48(a) case without prejudice in the above captioned

case.

//

The government further requests that the outstanding warrant be quashed.

   RESPECTFULLY SUBMITTED this 27th day of July 2007, in

Anchorage, Alaska.

      NELSON P. COHEN
      United States Attorney


      s/ Karen L. Loeffler
      KAREN L. LOEFFLER
      Assistant U.S. Attorney
      Federal Building & U.S. Courthouse
      222 West Seventh Avenue, #9
      Anchorage, Alaska  99513-7567
      Phone: (907) 271-5071
      Fax: (907) 271-1500
      email: karen.loeffler@usdoj.gov